Scott A. Flinders (6975)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MERCEDITA BAULA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.; DOES I through X; and ROE CORPORATIONS I through X;<br><br>　　　　Defendant. | CASE NO.: 2:18-cv-02216-JCM-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Mercedita Baula and Defendant American Family Mutual Insurance Company, by and through their counsel of record, hereby stipulate under FRCP 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

Dated this 18th day of December, 2018.　　　　Dated this 8 day of ~~December~~ January, 2018.

AMICK LAW OFFICE　　　　　　　　　　　　HUTCHISON & STEFFEN, PLLC

_____　　　　　　　　_____
ROBERT L. AMICK, ESQ. (5204)　　　　　　SCOTT A. FLINDERS, ESQ. (6975)
6030 S. Rainbow Blvd., Ste. D-1　　　　　　Peccole Professional Park
Las Vegas, Nevada 89118　　　　　　　　　10080 West Alta Drive, Suite 200
*Attorneys for Plaintiff*　　　　　　　　　　　Las Vegas, Nevada 89145
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under FRCP 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

DATED January 10, 2019.

_____
UNITED STATES DISTRICT JUDGE